SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    CARL JOSEPH MARASCALCO    CASE NO: 19-13759
DEBTOR

---

WILLIAM L. FAVA, CHAPTER 7 TRUSTEE,
PLAINTIFF

V.    ADV. NO: 23-01015-JDW

CARL JOSEPH MARASCALCO and
SUSAN DELOACH MARASCALCO,
DEFENDANTS

AND

WILLIAM L. FAVA, CHAPTER 7 TRUSTEE,
PLAINTIFF

V.    ADV. NO: 23-01021-JDW

CARL JOSEPH MARASCALCO
DEFENDANT

## AGREED ORDER DISMISSING ADVERSARY PROCEEDINGS

THESE CAUSES are before the Court upon the Complaints filed herein by the Trustee and the Court being advised that the parties have reached an agreement with respect to the resolution of both adversary proceedings, is of the opinion that this Order should be entered dismissing both adversary proceedings.

1.    The parties hereto filed an Application to Compromise [Dk. 188, Case No. 19-13759] which this Court has previously approved [Dk. 196, Case No. 19-13759].

2. Susan DeLoach Marascalco's Motion to Interplead and be Dismissed [Dk 34, AP 23-01015-JDW] is hereby dismissed as moot.

It is accordingly,

ORDERED, that the adversary proceedings [AP 23-01015-JDW and AP 23-01021] should be dismissed.

##END OF ORDER##

AGREED:

_____
Ashley N. Lane
Attorney for Susan DeLoach Marascalco

_____
C. Gaines Baker
Attorney for Debtor

_____
William L. Fava
Chapter 7 Trustee